**Denied and Opinion Filed February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00061-CV

## IN RE LAKSHMI SAINEHA DHARMAPURAM, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-1806428-E**

# MEMORANDUM OPINION

Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Nowell

Relator Lakshmi Sai Neha Dharmapuram filed this petition for a writ of mandamus challenging the trial court's November 7, 2019 order granting real party in interest's motion to strike the section 18.001 counteraffidavits of Ryan Robinson and Gireesh G. Sharda. Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus and mandamus record, we conclude relator has failed to show her remedy by appeal is inadequate. *See In re Jeremiah Parks,* No. 05-19-00375-CV, slip op. at 5 (Tex. App—Dallas Feb. 18, 2020, orig. proceeding) (mem. op.); *In re Flores*, No. 01-19-00484-CV, 2020 WL 425297, at *1–2 (Tex. App.—Houston [1st Dist.] Jan. 28, 2020, orig. proceeding).

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200061F.P05